JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE C. CARTER,<br><br>            Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. LA CV 15-05501-VBF (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the contemporaneously issued Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

Dated: Friday, August 26, 2016

                                        */s/ Valerie Baker Fairbank*
                            VALERIE BAKER FAIRBANK
                            Senior United States District Judge